1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW M. SCOBLE, Bar #237432
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   VERNON WILLIAMSON
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,    ) NO. CR.S-11-448-WBS
11                              )
                 Plaintiff,     )
12                              ) **STIPULATION AND [PROPOSED] ORDER;**
        v.                      ) **CONTINUING STATUS CONFERENCE**
13                              ) **AND EXCLUDING TIME**
   VERNON WILLIAMSON,           )
14                              ) Date: March 12, 2012
                 Defendant.     ) Time: 9:30 a.m.
15 _____) Judge: Hon. William B. Shubb

16
        IT IS HEREBY STIPULATED by and between the parties hereto through
17
   their respective counsel, TODD LERAS, Assistant United States Attorney,
18
   attorney for Plaintiff, and MATTHEW SCOBLE, attorney for VERNON
19
   WILLIAMSON, that the status conference hearing date of February 13,
20
   2012 be vacated, and the matter be set for status conference on March
21
   12, 2012 at 9:30 a.m.
22
        The reason for this continuance is to allow defense counsel
23
   additional time to review discovery with the defendant, to examine
24
   possible defenses and to continue investigating the facts of the case.
25
        Based upon the foregoing, the parties agree that the time under
26
   the Speedy Trial Act should be excluded from the date of signing of
27
   this order through and including March 12, 2012 pursuant to 18 U.S.C.
28

§3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED:   February 7, 2012.                    Respectfully submitted,

                                              DANIEL J. BRODERICK
                                              Federal Public Defender


                                              /s/ Matthew Scoble
                                              MATTHEW SCOBLE
                                              Designated Counsel for Service
                                              Attorney for VERNON WILLIAMSON

DATED:   February 7, 2012.                    BENJAMIN WAGNER
                                              United States Attorney


                                              /s/ Matthew Scoble for
                                              TODD LERAS
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff




                                   ORDER

   UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the February 13, 2012, status conference hearing be continued to March 12, 2012, at 9:30 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the March 12, 2012 status conference shall be excluded from computation of

time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:   February 7, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE