DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW M. SCOBLE, Bar #237432
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
VERNON WILLIAMSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S-11-448-WBS |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED] ORDER;** |
| v.  ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| VERNON WILLIAMSON, ) | |
| ) | Date: April 2, 2012 |
| Defendant. ) | Time: 9:30 a.m. |
| _____ ) | Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, TODD LERAS, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for VERNON WILLIAMSON, that the status conference hearing date of March 12, 2012 be vacated, and the matter be set for status conference on April 2, 2012 at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including April 2, 2012 pursuant to 18 U.S.C.

1 §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code
2 T4 based upon continuity of counsel and defense preparation.

3
4 DATED:   March 13, 2012.              Respectfully submitted,

                                        DANIEL J. BRODERICK
5                                       Federal Public Defender

6

7                                       /s/ Matthew Scoble
                                        MATTHEW SCOBLE
8                                       Designated Counsel for Service
                                        Attorney for VERNON WILLIAMSON
9

10 DATED:   March 13, 2012.              BENJAMIN WAGNER
                                        United States Attorney
11

12
                                        /s/ Matthew Scoble for
13                                      TODD LERAS
                                        Assistant U.S. Attorney
14                                      Attorney for Plaintiff

15

16

17                                  ORDER

18     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
19 ordered that the March 12, 2012, status conference hearing be continued
20 to April 2, 2012, at 9:30 a.m.  Based on the representation of defense
21 counsel and good cause appearing there from, the Court hereby finds
22 that the failure to grant a continuance in this case would deny defense
23 counsel reasonable time necessary for effective preparation, taking
24 into account the exercise of due diligence.  The Court finds that the
25 ends of justice to be served by granting a continuance outweigh the
26 best interests of the public and the defendant in a speedy trial.  It
27 is ordered that time up to and including the April 2, 2012 status
28 conference shall be excluded from computation of time within which the

1  trial of this matter must be commenced under the Speedy Trial Act
2  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4,
3  to allow defense counsel reasonable time to prepare.
4  Dated:   March 12, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE