1 | BENJAMIN B. WAGNER
United States Attorney
2 | TODD D. LERAS
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone:  (916) 554-2918

5

6

7

8 |                    IN THE UNITED STATES DISTRICT COURT

9 |               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      )     Case No. S-11-448 WBS
                                   )
12 |                  Plaintiff,    )
                           v.      )     ORDER REGARDING COMPETENCY
13 |                               )     EXAMINATION OF DEFENDANT
     VERNON LEE WILLIAMSON,         )     PURSUANT TO 18 U.S.C. § 4241(a)
14 |                               )
                     Defendant.    )
15 |                               )
                                   )
16

17 |      This matter came before the Court for a status conference on

18 | October 29, 2012, at 9:30 a.m.  Defense counsel, Assistant Federal

19 | Defender Matthew Scoble, expressed his concern regarding a potential

20 | complete breakdown in the attorney-client relationship.  The Court

21 | excused the Assistant United States Attorneys assigned to the case,

22 | and thereafter held a closed hearing addressing defense counsel's

23 | concern.  Following the hearing, the Court found that there was no

24 | need for substitute counsel to be appointed for Defendant. Based on

25 | Defendant's behavior and a concern regarding his competency to

26 | decide whether to plead guilty or proceed to trial, the Court

27 | inquired as to the necessity for a competency hearing pursuant to 18

28 | U.S.C. § 4241.

1

1    The Court directed government counsel to determine how quickly

2  a competency evaluation could be completed pursuant to 18 U.S.C. §§

3  4241(b) and 4247(c).  The Government requested to continue the

4  status conference for one week to November 5, 2012.  The Court

5  granted the request.  It further found that an exclusion of time to

6  bring the matter to trial under the Speedy Trial Act was appropriate

7  under 18 U.S.C. § 3161(h)(1)(A) (delay resulting from any

8  proceeding, including any examinations to determine the mental

9  competency of the defendant) from October 29 to November 5, 2012.

10    On November 5, 2012, the parties returned for further status

11  conference in the matter.  Government counsel informed the Court

12  that Gregory Sokolov, M.D., had represented that he could review

13  materials, complete an examination of defendant, and prepare a

14  report for the Court regarding competency by November 30, 2012. The

15  Government further requested that a status conference be set for

16  Monday, December 3, 2012.  December 3 is the Court's first regularly

17  scheduled criminal calendar date following the evaluation and report

18  preparation time requested by Dr. Sokolov.  The Government requested

19  an exclusion of time to December 3, 2012, under 18 U.S.C. §

20  3161(h)(1)(A) and Local Code A (competency evaluation of defendant).

21    The Court, having found that Defendant's behavior provides

22  reasonable cause to believe that he may be presently suffering from

23  a mental disease or defect rendering him mentally incompetent to

24  understand the nature and consequences of the proceedings or to

25  assist in the preparation of his defense, hereby orders the

26  following:

27    1.  The Government's oral Motion for a competency evaluation of

28  Defendant is granted.  The Court appoints Dr. Gregory Sokolov, M.D.,

1  to examine defendant pursuant to 18 U.S.C. §§ 4241(b) and 4247(c).

2       2.   Dr. Sokolov is ordered to examine Defendant and provide a

3  written report regarding his competency on or before November 30,

4  2012.

5       3.   This matter is set for a status conference regarding

6  Defendant's competency on December 3, 2012, at 9:30 a.m.

7       4.   Time under the Speedy Trial Act is excluded from the period

8  of October 29, 2012, up to and including December 3, 2012, under 18

9  U.S.C. § 3161(h)(1)(A) and Local Code A.

10      IT IS SO ORDERED.

11 DATED: November 6, 2012

12 _____

13 WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28