1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD D. LERAS
   MICHELLE A. PRINCE
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, California 95814
   Telephone:  (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )  Case No. S-11-448 WBS
                                  )
12              Plaintiff,        )
                        v.        )  ORDER FOLLOWING COMPETENCY HEARING
13                                )  PURSUANT TO 18 U.S.C. § 4241
   VERNON LEE WILLIAMSON,         )
14                                )  Date: December 3, 2012
                Defendant.        )  Time: 9:30 a.m.
15                                )  Court: Hon. William B. Shubb
                                  )

16

17

18      This matter came before the Court on December 3, 2012, pursuant

19 to 18 U.S.C. § 4241, for a hearing following receipt of a

20 psychiatric report as to defendant's competency to stand trial.

21 Counsel for defendant and the government acknowledged prior receipt

22 of a written psychiatric evaluation of defendant, dated November 28,

23 2012, prepared by Gregory Sokolov, M.D.  The Court inquired whether

24 either party desired hearing to call any witnesses or present any

25 additional evidence on the issue of competency as provided in 18

26 U.S.C. §§ 4241(c) and 4247(d).  Counsel for both parties submitted

27 the matter based on the information in Dr. Sokolov's report.

28 / / /

                               1

1     The Court thereafter found by a preponderance of the evidence,

2  as required in 18 U.S.C. § 4241(d), that defendant is presently

3  suffering from a mental disease or defect rendering him mentally

4  incompetent to assist properly in his defense.  The Court ordered

5  defendant committed to the custody of the Attorney General for

6  hospitalization and treatment at a suitable facility for a period of

7  time not to exceed four months as provided in 18 U.S.C. §

8  4241(d)(1).

9     The Court further ordered the government to submit a report as

10  required in 18 U.S.C. § 4241(d)(1), due no later than April 15,

11  2013, as to whether there is a substantial probability that in the

12  foreseeable future defendant will attain the capacity to permit the

13  proceedings to go forward.  A status conference was scheduled for

14  April 22, 2013, at 9:30 a.m.  The Court found excusable delay for

15  bringing the matter to trial under the Speedy Trial Act because the

16  delay results from defendant being mentally incompetent to stand

17  trial as specified in 18 U.S.C. § 3161(h)(4) (period of mental

18  incompetence to stand trial) and Local Code N.

19     IT IS THEREFORE ORDERED that:

20     1.  Defendant is hereby ordered committed to the custody of the

21  Attorney General for hospitalization and treatment in a suitable

22  facility for such a reasonable period of time, not to exceed four

23  months, as is needed to determine whether there is a substantial

24  probability that in the foreseeable future he will attain the

25  capacity to permit the proceedings in this matter to go forward;

26     2.  The facility selected by the Attorney General shall provide

27  government counsel, Assistant United States Attorneys Todd D. Leras

28  and Michelle A. Prince, with a written report evaluating the

1  probability of defendant's restoration to competence as soon as such

2  a determination can reasonably be made, but no later than April 1,

3  2013;

4      3.   The government shall provide the Court with a written

5  report regarding the prospect of defendant's restoration to

6  competence as soon as such a determination can reasonably be made,

7  but no later than April 15, 2013;

8      4.   This matter is set for a status conference regarding

9  defendant's restoration to competency on April 22, 2013, at 9:30

10  a.m.; and

11      5.   Time under the Speedy Trial Act is excluded from the period

12  of December 3, 2012, up to and including April 22, 2013, under 18

13  U.S.C. § 3161(h)(4) and Local Code N.

14      IT IS SO ORDERED.

15  DATED:   December 6, 2012

16

17  _____
    WILLIAM B. SHUBB

18  UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

1