```
JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
MATTHEW M. SCOBLE, Bar #237432
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
VERNON WILLIAMSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S-11-448-WBS |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER;** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| VERNON WILLIAMSON, ) | |
| ) | Date:  May 6, 2013 |
| Defendant. ) | Time:  9:30 a.m. |
| _____ ) | Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, TODD LERAS, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for VERNON WILLIAMSON, that the status conference hearing date of April 22, 2013 be vacated, and the matter be set for status conference on May 6, 2013 at 9:30 a.m.

The reason for this continuance is to allow all parties to confer with the Bureau of Prisons and ascertain the status of Mr. Williamson and his Court order competency evaluation.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including May 6, 2013 pursuant to 18 U.S.C.

1  §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code
2  T4 based upon continuity of counsel and defense preparation.

3
   DATED:  April 18, 2013.                  Respectfully submitted,
4
                                            JOSEPH SCHLESINGER
5                                           Acting Federal Public Defender

6

7                                           /s/ Matthew Scoble
                                            MATTHEW SCOBLE
8                                           Designated Counsel for Service
                                            Attorney for VERNON WILLIAMSON
9

10 DATED:  April 18, 2013.                  BENJAMIN WAGNER
                                            United States Attorney
11

12
                                            /s/ Matthew Scoble for
13                                          TODD LERAS
                                            Assistant U.S. Attorney
14                                          Attorney for Plaintiff

15

16

17                                  ORDER

18      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
19 ordered that the April 22, 2013, status conference hearing be continued
20 to May 6, 2013, at 9:30 a.m.  Based on the representation of defense
21 counsel and good cause appearing there from, the Court hereby finds
22 that the failure to grant a continuance in this case would deny defense
23 counsel reasonable time necessary for effective preparation, taking
24 into account the exercise of due diligence.  The Court finds that the
25 ends of justice to be served by granting a continuance outweigh the
26 best interests of the public and the defendant in a speedy trial.  It
27 is ordered that time up to and including the May 6, 2013 status
28 conference shall be excluded from computation of time within which the

trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:   April 18, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE