HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MATTHEW M. SCOBLE, Bar #237432
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
VERNON WILLIAMSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S-11-448-WBS |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED] ORDER;** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| VERNON WILLIAMSON, ) | |
| ) | Date: August 19, 2013 |
| Defendant. ) | Time: 9:30 a.m. |
| _____ ) | Judge: Hon. William B. Shubb |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, TODD LERAS, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for VERNON WILLIAMSON, that the status conference hearing date of June 3, 2013 be vacated, and the matter be set for status conference on August 19, 2013 at 9:30 a.m.

   Staff at FCI Butner has advised that they will not be able to complete the competency evaluation of Mr. Williamson until August 2013. This continuance is necessary to allow for the completion of the court ordered competency evaluation.

   Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of

this order through and including August 19, 2013 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED:  May 28, 2013.                    Respectfully submitted,

                                              HEATHER E. WILLIAMS
                                              Federal Public Defender

                                              /s/ Matthew Scoble
                                              MATTHEW SCOBLE
                                              Designated Counsel for Service
                                              Attorney for VERNON WILLIAMSON

DATED:  May 28, 2013.                    BENJAMIN WAGNER
                                              United States Attorney

                                              /s/ Matthew Scoble for
                                              TODD LERAS
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the June 3, 2013, status conference hearing be continued to August 19, 2013, at 9:30 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the August 19, 2013

1  status conference shall be excluded from computation of time within
2  which the trial of this matter must be commenced under the Speedy Trial
3  Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code
4  T-4, to allow defense counsel reasonable time to prepare.
5  Dated:  May 28, 2013

            WILLIAM B. SHUBB
            UNITED STATES DISTRICT JUDGE

3