```
BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2918
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. S-11-448 WBS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [~~PROPOSED~~] ORDER |
|  | ) | TO CONTINUE STATUS CONFERENCE |
| VERNON LEE WILLIAMSON, | ) | |
|  | ) | Date: August 26, 2013 |
| Defendant. | ) | Time: 9:30 a.m. |
|  | ) | Court: Hon. William B. Shubb |

This matter is currently set for a Status Conference on August 19, 2013. For the reasons set forth below, the parties are requesting a continuance of the Status Conference to August 26, 2013.

The purpose of the August 19th Status Conference is to provide the Court and the parties with a report regarding Defendant's current mental capacity. Following a hearing pursuant to 18 U.S.C. § 4241(d) on December 3, 2012, the Court found by a preponderance of the evidence that Defendant was suffering from a disease or defect rendering him mentally incompetent to assist properly in his defense. The Court thereafter committed Defendant to the care and

1

1  custody of the Attorney General for hospitalization and treatment.
2  Defendant is currently placed at the Butner Federal Medical Center
3  (FMC) in Butner, North Carolina.
4      Following an inquiry to the staff at Butner FMC, the parties
5  received an e-mail from Clinical Psychologist Adeirde Stribling
6  Riley, Ph.D., indicating that a written report addressing Mr.
7  Williamson's current mental health status had been submitted for
8  review.  A time frame for approval and release of the written report
9  appeared to be imminent as of August 16, 2013.  The parties
10 anticipate that a brief continuance should allow for review of the
11 written report and scheduling of future court dates in light of the
12 information in it.
13     The parties request that the Court find that there is excusable
14 delay for bringing the matter to trial under the Speedy Trial Act
15 because the delay results from defendant being mentally incompetent
16 to stand trial as specified in 18 U.S.C. § 3161(h)(4) (period of
17 mental incompetence to stand trial) and Local Code N.
18     Assistant Federal Defender Matthew Scoble agrees to this
19 request and has authorized Assistant United States Attorney Todd D.
20 Leras to sign this stipulation on his behalf following a review of
21 its contents and representations.

DATED: August 16, 2013          By: /s/ Todd D. Leras
                                    TODD D. LERAS
                                    Assistant U.S. Attorney

DATED: August 16, 2013          By: /s/ Todd D. Leras for
                                    MATTHEW SCOBLE
                                    Attorney for Defendant
                                    VERNON WILLIAMSON

**ORDER**

Based on the stipulation and representation of the parties, the Status Conference as to Defendant's Mental Capacity is continued to August 26, 2013, at 9:30 a.m. Time under the Speedy Trial Act is excluded from the period of August 19, 2013, up to and including August 26, 2013, under 18 U.S.C. § 3161(h)(4) and Local Code N.

IT IS SO ORDERED.

DATED: August 16, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE