1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

9

UNITED STATES OF AMERICA,                 )   Case No.  2:11-cr-448 WBS
                                          )
10            Plaintiff,                   )   ORDER TO SEAL DOCUMENTS
                                          )
11    vs.                                 )
                                          )   Judge: Hon. William B. Shubb
12    VERNON LEE WILLIAMSON,               )
                                          )
13            Defendant.                   )
                                          )
14 _____    )

15

16        Having reviewed defendant's request to seal certain documents, the court finds that

17 defense expert's Preliminary Report contains detailed personal, medical, and psychiatric

18 information about the defendant that is not for public record.  The court also finds that Exhibits

19 B, C, and D to Defendant's Memorandum Regarding Sell Hearing contain similar information,

20 but finds nothing in the Memorandum itself or Exhibit A that merit filing under seal.

21        IT IS THEREFORE ORDERED that defendant's motion to file the report of Dr. C.

22 Robert Cloninger and Exhibits B, C, and D to Defendant's Memorandum Regarding Sell

23 Hearing  under seal pursuant to Eastern District Local Rule 141 and Federal Rule of Criminal

24 Procedure 57(a)(1)be, and the same hereby is GRANTED, provided that Assistant U. S. Attorney

25 Heiko P. Coppola, and any other representative of the United States Attorney's Office working

26 on this case, shall have access to these documents.  In all other respects, defendant's request to

27 seal is DENIED.

28

1        IT IS SO ORDERED.

2   Dated:  November 12, 2013

3   _____

4   WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28