HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
matthew.scoble@fd.org916-498-5700/Fax 916-498-5710

Attorney for Defendant
VERNON WILLIAMSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-CR-00448 WBS |
| Plaintiff, | ORDER DIRECTING U.S. MARSHALS SERVICE TO RETURN DEFENDANT TO COURT |
| vs. | |
| VERNON WILLIAMSON, | |
| Defendant. | Judge: Hon. William B. Shubb |

After consideration of the Forensic Evaluation of February 18, 2014 by the Mental Health Department at Federal Medical Center, Butner, North Carolina, and after hearing from the parties, the Court hereby orders that the United States Marshals Service return Mr. Williamson to the District Court in Sacramento, California forthwith for further proceedings.

IT IS SO ORDERED.

Dated:  February 24, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE