1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MATTHEW M. SCOBLE, #237432
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   matthew.scoble@fd.org916-498-5700/Fax 916-498-5710
5
   Attorney for Defendant
6  VERNON WILLIAMSON

7
                IN THE UNITED STATES DISTRICT COURT
8
              FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 | UNITED STATES OF AMERICA,        ) Case No.  2:11-CR-00448 WBS
                                      )
11 |         Plaintiff,                ) AMENDED STIPULATION AND [~~PROPOSED~~]
                                      ) ORDER TO CONTINUE STATUS
12 |    vs.                            ) CONFERENCE
                                      )
13 | VERNON WILLIAMSON,                ) Date: April 7, 2014
                                      ) Time: 9:30 a.m.
14 |         Defendant.                ) Judge: Hon. William B. Shubb
                                      )
15 |_____)

16       IT IS HEREBY STIPULATED by and between the parties hereto through their

17 respective counsel, HEIKO COPPOLA, Assistant United States Attorney, attorney for Plaintiff,

18 and MATTHEW SCOBLE, attorney for VERNON WILLIAMSON, that the status conference

19 hearing date of March 17, 2014 be vacated, and the matter be set for status conference on April

20 7, 2014 at 9:30 a.m.

21       The reason for the continuance is due to the unavailability of parties and also we are

22 awaiting Mr. Williamson's transfer from the Federal Medical Center, Butner, North Carolina by

23 the US Marshals Service, having been previously found incompetent to stand trial.

24       Based upon the foregoing, the parties agree that the time under the Speedy Trial Act

25 should be excluded from the date of signing of this order through and including April 7, 2014

26 pursuant to 18 U.S.C. §3161 (h)(4) [incompetence] and (B)(iv)[reasonable time to prepare] and

27 Local Codes N and T4.

28

DATED:  March 12, 2014                    Respectfully submitted,

                                              HEATHER E. WILLIAMS
                                              Federal Public Defender


                                              */s/ Matthew Scoble*
                                              MATTHEW SCOBLE
                                              Attorney for VERNON WILLIAMSON


DATED:  March 12, 2014                    BENJAMIN WAGNER
                                              United States Attorney


                                              */s/ Matthew Scoble for*
                                              HEIKO COPPOLA
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff


## **ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the March 17, 2014, status conference hearing be continued to April 7, 2014, at 9:30 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the April 7, 2014 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161 (h)(4) [incompetence] and (B)(iv)[reasonable time to prepare] and Local Codes N and T4.

Dated:  March 13, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE