BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-0448 WBS |
|---|---|
| Plaintiff, | MOTION FOR DIMISSAL OF INDICTMENT WITHOUT PREJUDICE AND [PROPOSED] ORDER |
| v. | |
| VERNON LEE WILLIAMSON, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the Eastern District of California hereby moves the Court, in the interest of justice for an Order dismissing without prejudice the Indictment in the above-entitled matter.

This Court found the defendant incompetent to stand trial based upon the findings of a psychiatric evaluation performed at Butner Federal Medical Center.  In a separate evaluation ordered by this Court, psychiatric evaluation personnel at Butner Federal Medical Center further concluded that the defendant does not meet the criteria for commitment under either 18 USC §4246 or as a sexually violent person under 18 USC §4248.  According to the evaluation team, the defendant remains incompetent to stand trial and cannot be restored to competence without forced medication, which the treating psychiatrist opines is inappropriate because of the defendant's current health.  There are no other modalities to restore the defendant to competence.

Because the defendant is incompetent to stand trial and there are no available methods by which

he can be reasonably restored to competence, the United States cannot proceed to trial in this matter and requests dismissal without prejudice of the Indictment.

Dated:  April 4, 2014

BENJAMIN B. WAGNER
United States Attorney

By:  /s/ HEIKO P. COPPOLA
HEIKO P. COPPOLA
Assistant United States Attorney

**ORDER**

For the reasons stated above, IT IS HEREBY ORDERED that the Indictment in the above-entitled matter be, and the same hereby is, DISMISSED without prejudice.   The April 7, 2014 status conference date is VACATED.

Dated:  April 4, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

(CRD issued release order per AUSA.)

DISMISSAL MOTION & [PROPOSED] ORDER      2