UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA



**FILED**

APR 04 2014

CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  CR S-11-0448-01 WBS |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| VERNON LEE WILLIAMSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct  you to release **Vernon Lee Williamson**  Case CR S-11-0448-01  WBS

from custody for the following reasons:

      \_    Release on Personal Recognizance

      \_    Bail Posted in the Sum of _____

      \_    Unsecured bond

          \_    Appearance Bond with 10% Deposit

      \_    Appearance Bond secured by Real Property

      \_    Corporate Surety Bail Bond

      **X**    (Other)   **The Indictment has been DISMISSED as to this defendant**

Issued at  Sacramento, CA  on  April 4, 2014  at *11:36* a.m.  .

By _____
William B. Shubb,
United States District Judge

I hereby certify that the annexed
instrument is a true and correct copy of
the original on file in my office.
ATTEST: MARIANNE MATHERLY
Clerk, U S District Court
Eastern District of California
By _____  Deputy Clerk
Dated  APR 1-4 2014

Orig & Copy: USM
Copy to Docketing